**Order entered April 3, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00844-CV

### ABBAS ZAHRAEI, Appellant

### V.

### MOHAMMAD-REZA KHOSH-SIRAT, Appellee

**On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-05451-2016**

## ORDER

Appellee's motion for leave to file a sur-reply is **GRANTED**. Appellee's sur-reply is

due on April 8, 2019.

/s/      DAVID L. BRIDGES
         PRESIDING JUSTICE